**[Dodsmdef]** [Dismissing for Deficiencies]

ORDERED.

**Dated: January 18, 2024**

Tiffany P. Geyer
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
### www.flmb.uscourts.gov

In re:

Case No.
6:23–bk–05501–TPG
Chapter 13

Earl John Lee

_____Debtor*_____/

### ORDER DISMISSING CASE

THIS CASE came on for consideration upon the Court's own motion. The Debtor has failed to file or correct deficiencies in the item(s) indicated below by January 16, 2024 . The Court advised the Debtor of these requirements in either a Notice of Deficient Filing or by separate notice or order of the Court.

      Failure to file a Chapter 13 Plan.

      Failure to file any or all Schedules A–J as required.

      Failure to file a Statement of Your Monthly Income.

      Failure to file Statement of Financial Affairs.

Accordingly, it is ***ORDERED:***

1. The case is dismissed without prejudice and without a discharge effective on the 15th day from entry of this Order.

2. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, then, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B), the Court extends the automatic stay for 14 days from the date of this Order.

3. If Debtor files a motion to vacate or for reconsideration of this Order within 14 days of the date of this Order, and the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect when this Order is entered, the automatic stay shall remain in full force and effect until the Court rules on the Debtor's motion.

4. All pending hearings are canceled with the exception of any currently scheduled hearing on a motion for relief from stay or on an Order to Show Cause over which the Court reserves jurisdiction.

5. The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

6. The Court reserves jurisdiction to determine timely filed applications for administrative expenses. .


Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.